UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: April 3, 2026

ALEXSANDRA BRION,

                              Plaintiff,

          -against-

UNITED BUILDING MANAGEMENT CORP., et al.,

                              Defendants.

25-CV-03593 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On February 17, 2026, the Court issued an Order adopting the Report & Recommendation of Magistrate Judge Willis and dismissing Plaintiff's claims against Defendant Service Employees International Union – Local 32BJ (the "Union"). Per the Court's Order, Plaintiff had thirty (30) days to file an amended complaint, if she chose, that included additional facts or allegations supporting claims against the Union. The Order made clear that, "[i]f Plaintiff does not file an amended complaint within thirty (30) days of this Order, or seek an extension of that time based on good cause, then the Court will dismiss the Union from this lawsuit with prejudice." Dkt. No. 75. Forty-four (44) days have since passed, and Plaintiff has neither filed an amended complaint nor requested an extension of time. Accordingly, the Union is hereby DISMISSED WITH PREJUDICE.

The Clerk of Court is respectfully directed to terminate "Service Employees International Union – Local 32BJ" as a Defendant in this case.

Dated: April 3, 2026
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge